IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| **JOE HAND PROMOTIONS, INC.,** § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. 4:22-cv-00807-O-BP |
| § | |
| **ONE LOVE NATURAL MYSTIC LLC** § | |
| **d/b/a ONE LOVE LOUNGE,** *et al.*, § | |
| § | |
| Defendants. § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed, and the Magistrate Judge's Recommendation is ripe for review. The District Judge reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the undersigned District Judge believes that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court.

It is therefore **ORDERED** that Defendant Rajendra Kissoon's Opposition Motion to Plaintiff's entry of default and default judgment (ECF No. 33) is **DENIED**.

**SO ORDERED** on this **August 15th, 2023**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE